# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Real Property commonly known as 130 Sunridge Avenue, Camillus, New York 13031,<br><br>　　　　　　Defendant. | Civil Action No.   5:24-cv-548 (GTS/ML)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

　　Upon consideration of the United States' status report and the Affidavit of Adrian LaRochelle, AUSA, and the Court being satisfied that the government has provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

　　ORDERED that, with the exception of the claim of Ricardo Lane on behalf of himself and 130 Sunridge, LLC, all future claims to the defendant property are forever barred, and it is further

　　ORDERED that the claim of Ricardo Lane on behalf of himself and 130 Sunridge, LLC shall proceed into discovery, and it is further

　　ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimant, though their counsel, to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

IT IS SO ORDERED.

Dated: July 28, 2025

Glenn T. Suddaby
U.S. District Judge